

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| PEDRO ROBLEZ | CASE NUMBER: 07CR2942-BTM |

I, PEDRO ROBLEZ, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on OCT. 30, 2007 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X PEDRO ROBLES
Defendant

Counsel for Defendant

Before _____
JUDICIAL OFFICER

