1  GERARD J. WASSON
   CALIFORNIA BAR NO 166636
2  406 Ninth Avenue, Suite 205
   San Diego, California  92101
3  Telephone: (619) 232-0181

4  Attorney for Defendant Pedro Robles

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

(HON. BARRY TED MOSKOWITZ)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07CR2942-BTM |
|  | ) |  |
| Plaintiff, | ) | Date: January 25, 2008 |
|  | ) | Time: 2:00 p.m. |
| v. | ) |  |
|  | ) | MOTION FOR ORDER SHORTENING |
| PEDRO ROBLES, | ) | TIME TO FILE DEFENDANT'S |
|  | ) | SENTENCING MEMORANDUM |
| Defendant. | ) |  |
|  | ) |  |
|  | ) |  |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, and
    JEFFREY MOORE, ASSISTANT UNITED STATES ATTORNEY

The defendant, Pedro Robles, by and through counsel, Gerard J. Wasson, hereby moves this Court for an order shortening time to file DEFENDANT'S SENTENCING MEMORANDUM on Friday, January 25, 2008. The reason for this motion is because the parties have requested that the sentencing hearing be advanced on the calendar due to the defendant agreeing, per the plea agreement, to waive his right to a Presentence Report. Government Counsel has been provided a courtesy copy of this pleading.

DATED: January 24, 2007           /s/ Gerard J. Wasson
                                  GERARD J. WASSON, ESQ.
                                  Attorney for Pedro Robles

07CR2942-BTM

1  GERARD J. WASSON
   Attorney at Law
2  California Bar No. 166636
   406 Ninth Avenue, Suite 205
3  San Diego, California 92101
   Telephone: (619) 232-0181
4

5  Attorney for Defendant Pedro Robles

6

7                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,       )      Crim. No. 07CR2942-BTM
                  Plaintiff,        )
10                                  )
   v.                               )
11                                  )      CERTIFICATE OF SERVICE
                                    )
12 PEDRO ROBLES,                    )
                                    )
13        Defendant.                )

14
   IT IS HEREBY CERTIFIED THAT:
15
          I, GERARD J. WASSON, am a citizen of the United States and am at least eighteen
16 years of age. My business address is 406 Ninth Avenue, Suite 205, San Diego, California, 92101.
17
          I am not a party to the above-entitled action. I have caused service of the Defendant
18 Pedro Robles' Motion for Order Shortening Time to File his Sentencing Memorandum on the following parties by electronically filing the foregoing with the clerk of the District Court
19 using its ECF System, which electronically notifies them.

20
          Assistant United States Attorney   jeffrey.moore@usdoj.gov
21
          I declare under penalty of perjury that the foregoing is true and correct.
22

23 Executed on January 25, 2008.

24
                                   /s/   Gerard J. Wasson
25                                 GERARD J. WASSON, ESQ.

26

27

28

                                        - 2 -              07CR2942-BTM