1
2
3
4
5
6
7

8              **UNITED STATES DISTRICT COURT**

9            **SOUTHERN DISTRICT OF CALIFORNIA**

10             **(HON. BARRY TED MOSKOWITZ)**

11

12  UNITED STATES OF AMERICA,        )        Criminal No. 07CR2942-BTM
                                     )
13              Plaintiff,           )
                                     )
14  v.                               )        **ORDER SHORTENING TIME**
                                     )        **TO FILE DEFENDANT'S**
15  PEDRO ROBLES,                    )        **SENTENCING MEMORANDUM**
                                     )
16              Defendant.           )
                                     )
17  _____ )

18      **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that Defendant's

19  SENTENCING MEMORANDUM may be filed on Friday, January 25, 2008.   Counsel for

20  the Government has been served with a courtesy copy of the pleading.

21      **SO ORDERED.**

22  DATED:  January 25, 2008

23                                            *Barry Ted Moskowitz*
                                            _____
24                                            Honorable Barry Ted Moskowitz
                                            United States District Judge
25
26
27
28