1  GERARD J. WASSON
   Attorney at Law
2  California Bar No. 166636
   405 Ninth Avenue, Suite 205
3  San Diego, California 92101
   Telephone: (619) 232-0181
4  Facsimile: (619) 232-2326

5  Attorney for Defendant Pedro Robles

6

7                    UNITED STATES DISTRICT COURT

8                   SOUTHERN DISTRICT OF CALIFORNIA

9                (HONORABLE BARRY TED MOSKOWITZ)

10 UNITED STATES OF AMERICA,    )   Criminal No. 07CR2942-BTM
                                )
11         Plaintiff,            )
                                )
12 v.                           )
                                )   JOINT MOTION TO CONTINUE
13 PEDRO ROBLES,                )   SENTENCING HEARING
                                )
14                              )
           Defendant.            )
15 _____)

16         IT IS HEREBY REQUESTED by the defendant Pedro Robles, by and through his

17 counsel, Gerard J. Wasson, and the United States Attorney's Office, by and through Assistant

18 United States Attorney Jeffrey Moore, that the sentencing hearing in the above entitled case,

19 scheduled for February 29, 2008, at 10:30 a.m., be continued until March 28, 2008, at 10:30

20 a.m. The Court's courtroom deputy provided Counsel with the new sentencing date, which

21 is agreeable to the parties. A proposed order with respect to this joint motion is being

22 submitted directly to the court.

23

24 Date:  February 27, 2008       s/Jeffrey Moore
                                  JEFFREY MOORE
25                                Assistant United States Attorney

26 Date:  February 27, 2008       s/Gerard J. Wasson
                                  GERARD J. WASSON
27                                Attorney for Robbyn Leslie Horne

28

| | |
|---|---|
| 1 | GERARD J. WASSON |
| | Attorney at Law |
| 2 | California Bar No. 166636 |
| | 405 Ninth Avenue, Suite 205 |
| 3 | San Diego, California 92101 |
| | Telephone: (619) 232-0181 |
| 4 | Facsimile: (619) 232-2326 |

Attorney for Defendant Robles

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE BARRY TED MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Crim. No. 07CR2942-BTM |
| Plaintiff, | |
| v. | |
| PEDRO ROBLES, | CERTIFICATE OF SERVICE |
| Defendant. | |

IT IS HEREBY CERTIFIED THAT:

I, GERARD J. WASSON, am a citizen of the United States and am at least eighteen years of age. My business address is 405 Ninth Avenue, Suite 205, San Diego, California, 92101.

I am not a party to the above-entitled action. I have caused service of the Joint Motion to Continue Sentencing Hearing on the following parties by electronically filing the foregoing with the clerk of the District Court using its ECF System, which electronically notifies them.

Assistant United States Attorney jefffrey.moore@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 27, 2008.

/s/   Gerard J. Wasson
GERARD J. WASSON