UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE BARRY TED MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PEDRO ROBLES,<br><br>　　　　Defendant. | Criminal No. 07CR2942-BTM<br><br>**ORDER TO CONTINUE<br>SENTENCING HEARING DATE** |

　　　　GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the sentencing hearing now set for February 29, 2008, at 10:30 a.m. be re-calendared to March 28, 2008, at 10:30 a.m.

IT IS SO ORDERED.

DATED: February 28, 2008

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable Barry Ted Moskowitz
　　　　　　　　　　　　　　　　　　　United States District Judge