

To whom it may concern:

With all my respect wishing you find yourself in good health conditions along with your loved ones.

I would like to beg you to take in notice these couple of lines that I'm writting to you at the time of sentencing Pedro Robles. I know he did something he wasn't suppose to do but I can assure you he was only trying to help me. You see, I'm having problems with one of my children that's why I think he tried to come to this country. What he did only shows that he is and always will be a great father. Maybe the reason for my sons bad behavior is because he needs his father. We always were a united family and I can assure you that he's suffering more than he has ever suffered in his whole life just by being apart from his children. Sometimes

I think it's my fault that he's in there, because if I wouldn't have told him all the problems I had, he would had never tried to come to this country. But the love towards his family was stronger than risking his own freedom. I'm asking you to understand the situation he's in. He was the one in charge in bringing the money to the house and it's been really hard for me to be both mother and father figure, because now I have to work all day long. Everything has changed since he hasn't been with us. I used to dedicate myself to my children before, but now I have to make space between my children and my job and that's really hard to do. I'm letting you know all this so you can try to understand the reason he tried to come to this country. He's really worried for his family. He's a

really good father and husband. Like any other human being, he made a mistake that he's paying at this moment and I can assure you once again that he regrets everything because all his life he has been a hard-working, honest, and proud father. Please help us be once again that family we were before. I thank you very much for taking the time to read this letter.

Sincerely
Leticia Salas

Dear Judge,
  Let me start by introducing myself. I'm Silvia Robles the daughter of Pedro Robles. I would like to beg you to give my father one more chance. He truly is a great father. My son is about to turn 1 year old on the 28th of this month and he has only seen his grandfather

two times and one of those times was behing a glass window. I could tell my dad was hurting when my son tried to get his hand but couldn't because the glass was on the way. So please! help him. Hopefully the next time my son sees his grandpa he will be able to hug him. Thank you for your time sr.

Yours Truly

Silvia Robles